## DeLay v. Galt.

Hill, J. On a former trial of this case a verdict was directed for the defendant, and on exceptions to this court the judgment was reversed. *DeLay* v. *Galt,* 141 *Ga.* 406 (81 S. E. 195). On the second trial the jury found in favor of the plaintiff. The defendant moved for a new trial, which was granted, and the plaintiff excepted. *Held,* that under the facts of the case, there was no error in this grant of a new trial.

*Judgment affirmed. All the Justices concur.*

June 14, 1916.

Complaint. Before Judge Patterson. Cherokee superior court. May 5, 1915.

*Sharp & Sharp* and *E. W. Coleman,* for plaintiff.

*P. P. DuPre, G. I. Teasley,* and *J. Z. Foster,* for defendant.

---

## Allen v. Allen.

Evans, P. J. There was no abuse of discretion in refusing to recommit the case to the auditor, or in refusing to approve the exceptions of law and fact. *Judgment affirmed. All the Justices concur.*

June 14, 1916.

Exceptions to auditor's report. Before Judge Patterson. Forsyth superior court. April 17, 1915.

*C. L. Harris, J. P. Brooke,* and *H. B. Moss,* for plaintiff.

*Louis E. Wisdom* and *Isaac L. Oakes,* for defendant.